# United States District Court
# For The Western District of North Carolina
# Statesville Division

HEATHER LEWIS,

    Plaintiff(s),

vs.

JURY TAMPERING DOE,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:11CV44

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2011, Order.

Signed: April 20, 2011

Frank G. Johns, Clerk
United States District Court